MDC

# UNITED STATES DISTRICT COURT
## JUDICIAL District of PUERTO RICO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| Vs. | (For Offenses Committed On or After November 1, 1987) |
| CRISTOBAL COLON-MORALES | Case Number: 98-204-2 (HL) |
| (Name of Defendant) | ERIC QUETGLAS, ESQ. |
| | Defendant's Attorney |

**THE DEFENDANT:**

[X]   pleaded guilty to counts   __1 & 4__

[ ]   was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC § 952(a); 46 USC § 1903 (a)(c)(1)(A)(F) & 18 USC § 2 | Conspiracy to import cocaine & possession with intent to distribute cocaine on board a vessel and aiding and abetting. | 08-27-98 | 4 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).

[X]   Counts __2 & 3__ are dismissed on the motion of the United States.

[X]   It is ordered that the defendant shall pay a special assessment of $ __100.00__, for counts __1 & 4 for a total of $200.00__, which shall be due [X] immediately [ ] as follows.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: __N/A__

Defendant's Date of Birth: __09-17-64__

U. S. Marshal No.: __17069-069__

Defendant's Mailing Address:

Altos de San Isidro, Manzana V, Lote 30
Cartagena, Colombia

Defendant's Residence Address:

Same as above.

May 6, 1999
Date of Imposition of Sentence

Signature of Judicial Officer

HECTOR M. LAFFITTE, CHIEF USDJ
Name & Title of Judicial Officer

May 12, 1999
Date

usual cs. issued on _____

AO 245 S   Sheet 1 - Judgment in a Criminal Case

Defendant: CRISTOBAL COLON-MORALES  
Case Number: 98-204-2

Judgment-Page 2 of 4

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  One hundred and thirty five (135) months as to each count to be served concurrently with each other.

[ ]  The Court makes the following recommendations to the Bureau of Prisons:

[X]  The defendant is remanded to the custody of the United States Marshal.  
[ ]  The defendant shall surrender to the United States Marshal for this district,

[ ]  at _____    a.m.  
                     p.m. on _____.

[ ]  as notified by the Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

[ ]  before 2 p.m. on _____.

[ ]  as notified by the United States Marshal.

[ ]  as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on  8-3-99  to  Loretto  _____ at _____, with a certified copy of this Judgment.

United States Marshal

By _____  
     Deputy Marshal

Certified to be a true and exact copy of the original.  
FRANCES RIOS DE MORAN, CLERK  
U.S. District Court for the District of Puerto Rico  
By: _____  
     DEPUTY CLERK  
Date: 5/12/99

AO 245 S Sheet 2 - Imprisonment